IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS DIVISION

McCLAIN PRINTING COMPANY, a West
Virginia corporation,

    Plaintiff,

vs.                                         Civil Action No.: 2:06-CV-116

THEOPHILE DEZINNO,

    Defendant.

## ORDER SUBSTITUTING COUNSEL FOR ~~DEFENDANT~~ *Plaintiff*

This day came Michael B. Pallay and Steptoe & Johnson PLLC and moved the Court for permission to withdraw as counsel for McClain Printing Company.

In support of the motion, Michael B. Pallay and Steptoe & Johnson PLLC represent to the Court that Daniel C. Cooper, one of counsel of record for McClain Printing Company, resigned from Steptoe & Johnson PLLC to establish his own practice and McClain Printing Company has requested that he continue to represent it in this matter.

It appearing to the Court that said motion should be granted and there being no objection, it is hereby ORDERED that Michael B. Pallay and Steptoe & Johnson PLLC be and they are hereby authorized and permitted to withdraw as counsel of record for McClain Printing Company.

ENTER: *August 13, 2007*

_____
JUDGE

CL1170505.1

APPROVED:

_/s/ Michael B. Pallay_
Michael B. Pallay (W. Va. Bar 9397)
Steptoe & Johnson PLLC
Chase Tower, Sixth Floor
P.O. Box 2190
Clarksburg, WV 26302-2190
(304) 624-8000


_/s/ Jamison H. Cooper for Daniel C. Cooper_
Daniel C. Cooper (W. Va. Bar 5476)
Cooper Law Offices
240 West Main Street
Bridgeport, WV 26330
(304) 842-0506


_/s/ Daniel P. Taylor_
Daniel P. Taylor (W.Va. Bar 5821)
Taylor & Makricostas, PLLC
320 Penco Road
Weirton, WV 26062