IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**MCCLAIN PRINTING COMPANY**
**a West Virginia Corporation,**

    **Plaintiff,**

**v.**                        **CIVIL ACTION NO. 2:06CV116**
                                      **(Judge Keeley)**

**THEOPHILE DEZINNO,**

    **Defendant.**

## ORDER SCHEDULING HEARING

The Court will conduct a scheduling conference on **January 29, 2008 at 2:00 p.m.** at the **Clarksburg, West Virginia** point of holding court at which time the court will address pending motions. Counsel may appear by telephone. The Court directs counsel for plaintiff to initiate the conference call to **304-624-5850.** Counsel for defendant shall notify counsel for plaintiff of the number where they may be reached for the call by 3:00 p.m. January 28, 2008.

It is so **ORDERED**.

The Clerk is directed to transmit copies of the order to counsel of record.

DATED: January 17, 2008.

                                     /s/ Irene M. Keeley
                                     IRENE M. KEELEY
                                     UNITED STATES DISTRICT JUDGE